UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DOMINIQUE CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00558-JRS-MKK |
| | ) | |
| CHRISTOPHER HOLCOMB, | ) | |
| KEVIN GILMORE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION WITHOUT PREJUDICE**

Plaintiff Dominique Clark's "motion to dismiss civil suit without prejudice," dkt. [8], construed as his notice of voluntary dismissal pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is **GRANTED.**

This action is **dismissed without prejudice.** Nothing in this Order prevents Mr. Clark from filing a new lawsuit about his allegations in this action.

No judgment is required in these circumstances. **The clerk shall close** the action on the docket.

**IT IS SO ORDERED.**

Date: 12/28/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DOMINIQUE CLARK
209241
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only